## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Larry Sadler )
)
          Plaintiff(s) )   Case No. 12 C 5882
)
  v. )
)
Retail Properties of America, Inc., et al )
          Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)

    and against defendant(s)

    in the amount of $               ,

        which ☐ includes       pre–judgment interest.

         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☑  in favor of defendant(s) Retail Properties of America, Inc., et al

    and against plaintiff(s)  Larry Sadler, as Trustee of the Larry R. Sadler Trust

Defendant(s) shall recover costs from plaintiff(s).

---

☐  other:

---

This action was *(check one)*:

☐ tried by a jury with Judge                presiding, and the jury has rendered a verdict.

☐ tried by Judge           without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Durkin    a motion to dismiss

Date:  6/10/14                        Thomas G. Bruton, Clerk of Court

                                 /s/ Sandy Newland_____,Deputy Clerk